ACCEPTED
02-15-00103-cv
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
4/1/2015 4:41:51 PM
DEBRA SPISAK
CLERK

## NO. 14-06508-16

| | | |
|---|---|---|
| TEXAS ETHICS COMMISSION, | § | IN THE DISTRICT COURT OF |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| | § | |
| | § | |
| V. | § | |
| | § | |
| | § | DENTON COUNTY, TEXAS |
| MICHAEL QUINN SULLIVAN, | § | |
| | § | |
| DEFENDANT. | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | 158th JUDICIAL DISTRICT |
| | § | |

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
04/01/2015 4:41:51 PM
DEBRA SPISAK
Clerk

### NOTICE OF CROSS-APPEAL OF DEFENDANT MICHAEL QUINN SULLIVAN

Defendant Michael Quinn Sullivan files this Notice of Cross-Appeal, pursuant to Rule 25.1 and 26.1(d) of the Texas Rules of Appellate Procedure, and would respectfully show the Court as follows:

I.

Defendant Michael Quinn Sullivan gives this Notice of Cross-Appeal in Cause No. 14-06508-16, *Texas Ethics Commission v. Michael Quinn Sullivan;* in the 158th Judicial District Court of Denton County, Texas.

II.

Defendant Michael Quinn Sullivan desires to appeal this Court's Order, signed March 18, 2015, that denies him recovery of any court costs, attorneys' fees, and sanctions as required by Chapter 27 of the Texas Civil Practice and Remedies Code upon the dismissal of the Texas Ethic Commission's legal action in this case under Chapter 27.

III.

This cross-appeal is taken to the Second Court of Appeals in Fort Worth, Texas. A copy of this Notice of Cross-Appeal is also being timely filed with the Clerk for the Fort Worth Court of Appeals. TEX. R. APP. P. 25.1(e).

IV.

On March 18, 2015, Plaintiff Texas Ethic Commission previously filed a Notice of Appeal in this case from the Court's Order of March 18, 2015.

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

*/s/ N. Terry Adams, Jr.*
Joseph M. Nixon
State Bar No.: 15244800
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
N. Terry Adams, Jr.
State Bar No. 00874010
(713) 623-0887 telephone
(713) 960-1527 facsimile
jnixon@bmpllp.com
tadams@bmpllp.com

James E. "Trey" Trainor, III
State Bar No.: 24042052
401 W. 15th Street, Suite 845
Austin, Texas 78701
(512) 623-6700 telephone
(512) 623-6701 facsimile
ttrainor@bmpllp.com

**HAYES, BERRY, WHITE & VANZANT, LLP**

Richard D. Hayes
512 W. Hickory, Suite 100
P.O. Box 50149
Denton, Texas 76206
(940) 387-3518 telephone
(866)576-2575 facsimile
rhayes@hbwvlaw.com

**ATTORNEYS FOR
MICHAEL QUINN SULLIVAN**

## CERTIFICATE OF SERVICE

The forgoing document was filed and served on the following opposing counsel of record in accordance with TRCP 21 on Wednesday, April 1, 2015:

Eric J.R. Nichols                                                              *Counsel for*
Gretchen S. Sween                                                    *Texas Ethics Commission*
BECK REDDEN LLP
515 Congress Avenue, Suite 1750
Austin, Texas 78701
(512) 708-1000 telephone
(512) 708-1002 facsimile

*/s/ N. Terry Adams, Jr.*
N. Terry Adams, Jr.